Sean P. Reis (SBN: 184044)
Edelson McGuire LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Tel: (949) 459-2124
Fax: (949) 459-2123
sreis@edelson.com

*Counsel for Plaintiff and the Putative Class*
[additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL and CONNIE SUTCLIFFE, individuals, and on their own behalf and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GMAC MORTGAGE, <br><br> Defendant. | **CLASS ACTION** <br><br> Case No.: C10-001380JL <br><br> The Honorable James Larson <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER RESETTING HEARING DATE FOR DEFENDANT GMAC MORTGAGE'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD** <br><br> Hearing Date: March 31, 2010 <br> Time: 9:30 a.m. <br> Place: Courtroom F, San Francisco |

The Parties, being in agreement, stipulate, pending the approval of this Court, to an Order resetting the hearing date on Defendant GMAC Mortgage's Motion to Compel Arbitration and Stay Proceedings ("Motion to Compel Arbitration"), presently scheduled for March 31, 2010 at 9:30 a.m. as follows:

 1. The Motion to Compel Arbitration has been fully briefed, and the Court's docket reveals that oral argument remains on the Court's schedule.

2. The Parties respectfully request this Court continue the hearing to a date after April 27, 2010.

3. This request is made at Plaintiffs' counsel's request due to the Jewish holiday of Passover and the birth of Plaintiff's California counsel's first child. It is not being made for the purposes of delay.

4. Counsel for GMAC Mortgage does not oppose Plaintiffs' counsel's request to reschedule the hearing on GMAC Mortgage's Motion to Compel Arbitration.

5. GMAC Mortgage requests an order extending the time for GMAC Mortgage to answer or otherwise plead to the Complaint. GMAC Mortgage's deadline to answer or otherwise plead to any claims that survive its Motion to Compel Arbitration should be set no later than twenty-one (21) days following a decision by this Court on the Motion to Compel Arbitration.

6. Counsel for Plaintiff does not oppose GMAC Mortgage's request for an order extending GMAC Mortgage's deadline to answer or otherwise plead.

**IT IS HEREBY AGREED:**

| By: /s/ Sean Reis, Esq. | By: /s/ Thomas J. Cunningham Esq. |
|---|---|
| Edelson McGuire, LLP<br>One of Plaintiff's Attorneys<br>30021 Tomas Street, Suite 300<br>Rancho Santa Margarita, CA 92688<br>714-352-5200 (phone)<br>714-352-5201 (fax)<br>sreis@edelson.com<br><br>David C. Parisi (SBN: 162248)<br>Suzanne L. Havens Beckman<br>Parisi & Havens LLP<br>15233 Valleyheart Drive<br>Sherman Oaks, CA 91403<br>Phone: (818) 990-1299<br>Fax: (818) 501-7852<br>dparisi@parisihavens.com | Locke Lord Bissell & Liddell LLP<br>400 Capitol Mall, Suite 1460<br>Sacramento, CA 95814<br>916-554-0240 (phone)<br>916-554-5440 (fax)<br>tcunningham@lockelord.com<br><br>Simon A. Fleischmann<br>Locke Lord Bissell & Liddell LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>312-443-0462 (phone)<br>312-896-6472 (fax)<br>sflieschmann@lockelord.com<br><br>Daniel Anthony Solitro<br>Locke Lord Bissell & Liddell LLP<br>300 South Grand Avenue, Suite 2600<br>Los Angeles, CA 90071<br>213-485-1500 (phone)<br>213-485-1200 (fax)<br>dsolitro@locklord.com |

Joint Stipulation and [Proposed] Order to Continue Hearing and Extend Time to Answer or Otherwise Plead

Case No. C10-00138-JL

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED:**

A. The March 31, 2010 at 9:30 a.m. hearing on GMAC Mortgage's Motion to Compel Arbitration is VACATED;

B. The hearing date on GMAC Mortgage's Motion to Compel Arbitration is Re-set to April 28, 2010 at 9:30 a.m.; and

C. GMAC Mortgage's deadline is re-set. GMAC Mortgage shall answer or otherwise plead to any claims that survive the Motion to Compel Arbitration no later than twenty-one (21) days following a decision by this Court on the Motion to Compel Arbitration.

D. Case Management Conference continued to April 28, 2010 at 10: 30 a.m.

Dated this __31st__ day of March, 2010

ENTERED:

_____
Judge                Judge's No.

James Larson
United States Magistrate Judge

Joint Stipulation and [Proposed] Order to Continue
Hearing and Extend Time to Answer or Otherwise
Plead

Case No. C10-00138-JL