RECEIVED
2010 APR -2 A 11: 44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUSSELL and CONNIE SUTCLIFFE, individuals, and on their own behalf a

Plaintiff,

v.

GMAC MORTGAGE,

Defendant.

CASE NO. C 10-0138 JL

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Steven L. Lezell, whose business address and telephone number is

350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
1.312.589.6373

and who is an active member in good standing of the bar of Supreme Court of Illinios having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff(s) Sutcliffe

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 6, 2010

Hon. James Larson
United States Magistrate Judge