Sean Reis (SBN 184044)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
949-459-2124 (phone)
949-459-2123 (fax)
sreis@edelson.com

*Counsel for Connie and Russell Sutcliffe*
(additional counsel appear on signature page)

*IT IS SO ORDERED*
*Judge James Larson*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RUSSELL and CONNIE SUTCLIFFE, individuals, on their own behalf and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE,<br><br>Defendant. | Case No.  C10-0138 JL<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**<br><br>**Judge:** Hon. James Larson<br><br>**Complaint Filed:**  January 11, 2010 |

PLEASE TAKE NOTICE that Plaintiffs Russell and Connie Sutcliffe ("Plaintiffs"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntary dismiss this lawsuit against Defendant GMAC Mortgage ("Defendant").[1]

Federal Rule of Civil Procedure 41(a)(1) provides in relevant part:

> (a) Voluntary Dismissal.
> (1) By the Plaintiff.
> (A) *Without a Court Order.* Subject to Rules 23(e), 23(1)(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii) a stipulation of dismissal signed by all parties who have appeared.

---

[1] Voluntary dismissal is appropriate at this time because Defendant's Response to Plaintiffs' Supplemental Brief has clarified Defendant's position that an arbitrator may, under appropriate circumstances, award permanent injunctive relief—an issue that was previously unclear.  (Def. Suppl. Response Br., p. 5-6.)

Plaintiffs' Notice of Voluntary Dismissal
Case No. C10-0138 JL

    (B) *Effect.* Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal or state court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

In this case, Defendant has neither answered Plaintiffs' Complaint nor served a motion for summary judgment. In addition, Plaintiffs have not previously dismissed any federal or state action based on or including the same claim. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: May 14, 2010                        Respectfully submitted,

                                              RUSSELL and CONNIE SUTCLIFE,
individually and on behalf of a class of similarly situated individuals

                                              By: /s/ Sean Reis
                                                   One of Plaintiffs' Attorneys

Sean Reis (SBN 184044)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
949-459-2124 (phone)
949-459-2123 (fax)
sreis@edelson.com

Steven Lezell (admitted *pro hac vice*)
EDELSON MCGUIRE, LLC
350 N. LaSalle Drive, Suite 1300
Chicago, IL 60654
312-589-6373
312-589-6378 (fax)
slezell@edelson.com

David C. Parisi (SBN 162248)
Suzanne Havens Beckman (SBN 188814)
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
818-990-1299 (phone)
Fax: 818-501-7852 (fax)
dcparisi@parisihavens.com
shavens@parisihavens.com

---

Plaintiffs' Notice of Voluntary Dismissal
Case No. C10-0138 JL

# PROOF OF SERVICE

I, Sean Reis, an attorney, hereby certify that on May 14, 2010, I electronically filed the foregoing *Plaintiffs' Notice of Voluntary Dismissal* with the Clerk of the Court using the CM/ECF system. Notice of this filing is sent to the following parties by operation of the Court's electronic filing system:

**Sean P. Reis**
Edelson McGuire LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
714-352-5200 (phone)
714-352-5201 (fax)
sreis@edelson.com

**David C. Parisi**
Suzanne L. Havens Beckman
Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, CA 91403
Phone: (818) 990-1299
Fax: (818) 501-7852
dparisi@parisihavens.com

**Steven L. Lezell**
Edelson McGuire LLC
350 N. LaSalle, Suite 1300
Chicago, Illinois 60654
(312) 589-6370 (phone)
(312) 589-6378 (fax)
slezell@edelson.com

*Counsel for Plaintiffs*

**Thomas J. Cunningham**
Locke Lord Bissell & Liddell LLP
400 Capitol Mall, Suite 1460
Sacramento, CA 95814
916-554-0240 (phone)
916-554-5440 (fax)
tcunningham@lockelord.com

**Simon A. Fleischmann**
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, IL 60606
312-443-0462 (phone)
312-896-6472 (fax)
sflieschmann@lockelord.com

**Daniel Anthony Solitro**
Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071
213-485-1500 (phone)
213-485-1200 (fax)
dsolitro@locklord.com

*Counsel for Defendant*

By: /s/ Sean Reis